IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S. MAGISTRATE JUDGE BOLAND                     Nancy M. Marble, Deputy Clerk

Date: July 13, 2009
Criminal Action Number: 09-mj-07008-BNB

                                                 FTR/BNB Ctrm A-401

UNITED STATES OF AMERICA                         Capt. Andrew Scott

v.

JOSEPH S. WOYTKO                                 Timothy R. Bussey
_____
_____

## MOTIONS HEARING COURTROOM MINUTES
_____

Court in Session: 9:36 am

Court calls case and appearances of counsel.

A Consent to Proceed Before Magistrate Judge is submitted to the court and approved

by the court.

Witnesses called for testimony on Motion to Suppress.

Court hears arguments from the government and the defense on the following motions:

Motion to Suppress, Motion to Suppress Statements, Motion to Suppress Chemical

Tests, Motion to Suppress Roadside Sobriety Tests, and Motion for Bill of Particulars.

**ORDERED:**

1.   Defendant's Motion to Suppress (docket # 18) is denied.

2.  Defendant's Motion to Suppress Chemical Tests (docket #s 12 and 13) is denied.

3.  Defendant's Motion to Suppress Roadside Sobriety Tests (docket #s 14 and 15) is

denied.

4.  Defendant's Motion to Suppress Statements is denied.

5.  Motion for Bill of Particulars is denied; with the exception that discovery is to be provided to the defense by the government 21 days prior to the trial.

The court hears arguments as to the Motion to Dismiss the Charge with Prejudice, as Required by the Double Jeopardy Clause, by the defense and the government.

**ORDERED:**

The Court takes the Motion to Dismiss the Charge with Prejudice as Required by the Double Jeopardy Clause, under advisement, with an order to follow.

**ORDERED:**

Witness list and Exhibit list to be provided to the court by July 29, 2009. Exhibits to be exchanged by the parties by Friday, July 31, 2009. The Court requires 2 books of exhibits to be filed with the court by noon on July 31, 2009. Copies of jury instructions to the court by July 29, ,2009.  A 2 day jury trial is ordered. All trial briefs to be filed by July 29, 2009.

Exhibits submitted to the court attached.

Court in recess: 12:54 pm

Total Time: 3 hours and 18 mins.

Hearing Concluded.