IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case N.  09-mj-07008

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH S. WOYTKO,

Defendant.

---

**ORDER**

---

This matter arises on the following:

(1)     **Motion to Suppress** [Doc. # 18, filed 6/29/2009];

(2)     **Motion to Suppress Chemical Tests** [Doc. # 12, filed 6/29/2009];

(3)     **Motion to Suppress Roadside Sobriety Tests** [Doc. # 14, filed 6/29/2009];

(4)     **Motion to Suppress Statements** [Doc. # 16, filed 6/29/2009];

(5)     **Motion for Bill of Particulars** [Doc. # 8, filed 6/29/2009];

(6)     **Motion for Disclosure on Rule 608 and 404b** [Doc. # 10, filed 6/29/2009] (the "Motion for Disclosure"); and

(7)     **Motion to Dismiss the Charge with Prejudice, as Required by the Double Jeopardy Clause** [Doc. # 26, filed 7/10/2009] (the "Motion to Dismiss").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the **Motion to Suppress** [Doc. # 18]; **Motion to Suppress Chemical Tests** [Doc. # 12]; **Motion to Suppress Roadside Sobriety Tests** [Doc. # 14]; and **Motion to Suppress Statements** [Doc. # 16] are DENIED.

IT IS FURTHER ORDERED that the **Motion for Bill of Particulars** [Doc. # 8] is DENIED as moot.

IT IS FURTHER ORDERED that the **Motion for Disclosure** [Doc. # 10] is GRANTED to require the government to disclose not later than 21 days before trial the general nature of any evidence of other crimes, wrongs, or acts it intends to introduce at trial, as required by Rule 404(b), F.R.E., and is DENIED in all other respects.

IT IS FURTHER ORDERED that the **Motion to Dismiss** [Doc. # 26] is taken under advisement.

IT IS FURTHER ORDERED that trial is set to a jury of 12 for two days commencing **August 3, 2009**, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  On or before **July 29, 2009**, the parties shall provide to the court (1) a witness list; (2) an exhibit list; (3) any stipulation of facts agreed to by the parties; (4) trial briefs (not to exceed 10 pages); and (5) proposed jury instructions and verdict form.  On or before **12:00 noon on July 31, 2009**, the parties shall provide to the court an original and two copies of their pre-marked exhibits.  All trial exhibits shall be tabbed and placed in notebooks, except any exhibit which is not capable of being placed into a notebook.  Any exhibit which consists of multiple pages shall have each page sequentially numbered for ease of reference.

IT IS FURTHER ORDERED that the parties shall meet and exchange their pre-marked exhibits on or before **July 29, 2009**.

IT IS FURTHER ORDERED that each party shall be allowed 15 minutes for voir dire, 30 minutes for opening statement, and 30 minutes for closing argument.

Dated July 13, 2009.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge