# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 09-mj-07008-BNB |
| JOSEPH S. WOYTKO | Timothy R. Bussey (retained)<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S.§ 42-4-1301(1)(b) | Driving While Ability Impaired | On or about March 3, 2009 | 1 |

Defendant is sentenced to 6 months unsupervised probation with 2 days in jail, and 2 days jail suspended. Defendant to complete a Level 2 Drug and Alcohol Awareness class, and 30 hours of community service, with 2 hours of the 30 to be completed through MADD. Fine and fees due by August 12, 2009. Proof of same to be provided to the government.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $385 | $10; $25 Processing fee | $350.00 |

August 5, 2009
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

August 13, 2009
Date